IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:                                      CASE NO. 10-38844-MDM
DAVID J RUNGE                        JUDGE MARGARET D. MC GARITY
JANICE A RUNGE
115 RIVERVIEW HEIGHTS          ATTORNEY: RICHARD A CHECK BANKRUPTCY
MAYVILLE, WI 53050                                   LAW OFFICE
                DEBTORS                      EMAIL: wisoffice@aol.com

DATE: 03/24/2014

NOTICE OF INTENT TO ALLOW
OR DISALLOW ADDITIONAL CLAIMS

Comes now the Standing Chapter 13 Trustee who gives notice to the Court that the following claim was filed against the estate of the Debtors and that such claim was not included in previous Notice of Claims filed herein:

| CLAIM # | CREDITOR NAME & ADDRESS | AMOUNT | % ALLOWED | CLASSIFICATION |
|---|---|---|---|---|
| 0002 | BANK OF AMERICA N A<br>P O BOX 660933<br>DALLAS, TX 75266-0933 | $13,580.91 | 100.00 | CLASS: ARREARS RE<br>INTEREST: 0.00%<br>ACCT: 8233<br>COMMENT: AMD CLAIM |
| | TOTAL: | $13,580.91 | | |

Pursuant to 11 U.S.C. 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid or have been deemed disallowed if classification is stated as disallowed and no payment shall be made due to claim having been filed late, unless the Debtors or other party in interest files with the court in accordance with Rule 3007, an Objection to Claim and Request for Hearing within twenty five (25) days of this notice.

/s/ THOMAS J KING
THOMAS J KING
CHAPTER 13 TRUSTEE
CHAPTER 13 TRUSTEE
P O BOX 3170
OSHKOSH, WI 54903-3170

I herein certify that a copy of this notice was served upon the Debtors and the Debtors' Attorney of record on this date by regular U.S. Mail, postage prepaid, at their addresses as they appear in the records hereof or electronically (if the party accepts service in this manner).

DATED: March 27, 2014                                /s/ Cass Loberg
                                                                                   Cass Loberg

RICHARD A CHECK BANKRUPTCY LAW
OFFICE
757 N BROADWAY SUITE 401
MILWAUKEE, WI 53202
wisoffice@aol.com